October 15, 1982.

452 A.2d 43

Alamon, etc. v. Marisco, et al., Appellants.

Argued February 22, 1982.
Roger Joseph Harrington, for appellants; Patrick Geckle, for appellees.

Before SPAETH, BROSKY and BECK, JJ.

The order of the court is affirmed.

452 A.2d 44

Bank, Appellant v. Bank.

Argued June 21, 1982. Mary Bell Hammerman, for appellant; John D'Angelo, for appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

Appeal quashed.